Andrew James Johnston
22712-424
Federal Correctional Institution
P.O. Box 1000
Oxford, Wisconsin 53952



16c6083
Judge Thomas M. Durkin
Magistrate Judge Mary M. Rowland
PC 9

legal mail

RECEIVED
JUN 0 9 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUN 8 2016
Date_____
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has justification, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to:
FEDERAL CORRECTIONAL INSTITUTION
OXFORD, WISCONSIN 53952

⇔22712-424⇔
Clerk Of The Court
219 S Dearborn ST
US District Court
Chicago, IL 60604
United States