**PRISONER CASE**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## Civil Cover Sheet

FILED
JUN 09 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** ANDREW JAMES JOHNSTON

**Defendant(s):** FRANK JACK SODETZ III, et al

**County of Residence:** US Outside the State of Il.

**County of Residence:**

**Plaintiff's Address:**
Andrew James Johnston
22712-424
Oxford - FCI
P. O. Box 1000
Oxford, WI 53952

**Defendant's Attorney:**

16c6083
Judge Thomas M. Durkin
Magistrate Judge Mary M. Rowland
PC 9

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** /s/

**Date:** 06/09/2016